IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Nautilus Insurance Company, | ) | |
|---|---|---|
| | ) | Case No. 14 C 50083 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Front Range Environmental, LLC | ) | |
| | ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## ORDER

      On 8/6/2014, Magistrate Judge Johnston entered a report and recommendation [19] that plaintiff's motion [16] for default judgment be granted. No objections were filed but plaintiff filed a document [20] it characterized as a "response" to the report and recommendation in which it asked the court to accept the report and recommendation but also asked that the court find additional grounds for entry of the default judgment beyond those set forth in the report and recommendation. The court struck this document and granted plaintiff until 9/3/2014 to file a motion with Magistrate Judge Johnston asking him to withdraw the report and recommendation and to seek entry of a new one if plaintiff so desired. The court stated that if no such motion was filed within the time allowed, the court would accept the report and recommendation [19] on file and enter the default judgment as recommended by Magistrate Judge Johnston as no timely objection to the report and recommendation had been filed. Plaintiff has not filed such a motion with the magistrate judge.

      The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [16] for default judgment is granted. Default judgment is entered in favor of plaintiff and against defendant declaring that plaintiff has no duty to defend defendant in the state court case Wal-Mart Stores, Inc. v. Front Range Environmental et al., Case No. 2013 CV 32289, pending in Jefferson County, Colorado District Court.

Date: 9/5/2014                  ENTER:

                                                  *Philip G. Reinhard*
                                       United States District Court Judge

                                                          Electronic Notices. (LC)