# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

Nautilus Insurance Company ,

Plaintiff(s),

v.

Front Range Environmental, LLC,

Defendant(s).

Case No. 3:14 C 50083

Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The magistrate judge entered a report and recommendation [19] that plaintiff's motion [16] for default judgment be granted. The court has reviewed the record and accepts the report and recommendation. Plaintiffs motion [16 ]for default judgment is granted. Default judgment is entered in favor of plaintiff and against defendant declaring that plaintiff has no duty to defend defendant in the state court case Wal-Mart Stores, Inc. v. Front Range Environmental et al., Case No. 2013 CV 32289, pending in Jefferson County, Colorado District Court.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard on a motion  Report and Recommendation

Date:   9/5/2014                                            Thomas G. Bruton, Clerk of Court

                                                            Natalie G. Milby, Deputy Clerk